Albertina GONZALEZ–GONZALEZ, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 11–72030.

United States Court of Appeals, Ninth Circuit.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Robert J. Timlin, Senior United States District Judge for the Central District of California, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Sept. 24, 2013.*

Filed Sept. 26, 2013.

Albertina Gonzalez–Gonzalez, Los Angeles, CA, pro se.

OIL, Nancy Canter, Trial, U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: RAWLINSON, N.R. SMITH, and CHRISTEN, Circuit Judges.

MEMORANDUM **

Albertina Gonzalez–Gonzalez, a native and citizen of Guatemala, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order denying her motion to reconsider. Our jurisdiction is governed by 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reconsider. *Mohammed v. Gonzales*, 400 F.3d 785, 791 (9th Cir.2005). We deny in part and dismiss in part the petition for review.

The BIA did not abuse its discretion in denying Gonzalez–Gonzalez's motion to reconsider because she failed to identify any error of fact or law in the BIA's prior decision. *See* 8 C.F.R. § 1003.2(b)(1).

Gonzalez–Gonzalez failed to raise a colorable due process claim. *See Martinez–Rosas v. Gonzales*, 424 F.3d 926, 930 (9th Cir.2005).

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

We lack jurisdiction to consider Gonzalez–Gonzalez's contention that her case warrants a favorable exercise of prosecutorial discretion. *See Vilchiz–Soto v. Holder*, 688 F.3d 642, 644 (9th Cir.2012) (order). Thus, we dismiss Gonzalez–Gonzalez's motion requesting it.

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**